# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **LEE ANDREW PAIGE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | )   **CIVIL NO. 06-901-DRH** |
| | ) |
| **RICKY PERRY,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |

## MEMORANDUM AND ORDER

**HERNDON, District Judge:**

Before the Court is Plaintiff's motion to subpoena documents (Doc. 17). This action was closed on February 7, 2007, and this motion is therefore **MOOT**.

**IT IS SO ORDERED.**

**DATED:   July 2, 2007.**

/s/   David   RHerndon
**DISTRICT JUDGE**